UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JOSEPH NEATHERY (#333584)

VERSUS

STEVE RADER, ET AL

CIVIL ACTION

NO. 12-407-BAJ-SCR

**RULING**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of the United States Magistrate Judge Stephen C. Riedlinger dated August 6, 2012 (doc. 65), to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that the application for habeas corpus relief filed by Joseph Neathery is dismissed, without prejudice, for failure to exhaust state remedies.

Baton Rouge, Louisiana, September 18, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA